CLICERIO GUILLEN-REYES
727 E. San Isidro Blvd.. No.152
San Isidro, CA  92173



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, )<br>Plaintiff, )<br>)<br>)<br>)<br>V. )<br>)<br>CLICERIO GUILLEN-REYES, )<br>Defendant. )<br>) | Case No. 89-1132-M<br><br>PETITION FOR WRIT OF<br>ERROR CORAM NOBIS<br><br>'07 CM 2134 J |
|---|---|

COMES NOW, the the petitioner, Clicerio Guillen-Reyes, In Pro-Se, and Respectfully Moves this Honorable Court to grant the Writ and vacate his conviction, on the ground Of ineffective assistance of counsel, because, but for counsel's unprofessional errors, The result of the proceeding would have been different. Pursuant to Glover v. United States, 531 U.S. 198, 202-03 (2001); Strickland v. Washington, 466 U.S. 668, 688,- 692 (1984); United States v. Kwok Chee Kwan, ----(9th Cir. May 12, 2005). And in Support thereof, the petitioner would show this Honorable Court as follows:

I. STATEMENT OF FACTS

1). On March 12, 1989, petitioner was arrested in the San Diego County area by Immigration officers and subsequently charged with Illegal Transportation of Aliens (felony) and Aiding and Abetting Illegal Entry (misdemeanor). PLEASE SEE – EXHIBIT "A" ATTACHED HERETO.

2). On March 14, 1989 petitioner was assigned a federal public defender from San Diego. At the initial interview, the attorney informed this petitioner that the government Had no evidence to prove to a jury that a crime had been commited because the alleged Illegal Aliens had been deported to Mexico, and that the government was willing to Dismiss the more serious charge of Illegal Transportation of Aliens, a felony, in exch- Ange for a guilty plea of Aiding and Abetting Illegal Entry, a misdemeanor, and that He (the attorney) recommended that this petitioner plead guilty and get this case over With, and that this petitioner would get time served and get release soon because this Petitioner had no criminal record and was a first time offender. This petitioner asked The attorney if the conviction would affect his permanent resident status with the INS, The attorney responded that `no not at all because its only a misdemeanor` and `not to Worry`.

3). Then and there, this petitioner was adjudged guilty of count 2, Aiding and Abett- Ing Illegal Entry and sentenced to 30 days in prison. Upon this petitioner`s release from Prison, the INS did not initiate removal proceedings, and never informed this petitioner Of any adverse consequences of the misdemeanor conviction.

4). Aside from the misdemeanor conviction mentioned above, this petitioner has no Other criminal record, has served his full sentence-including his supervised release-and Is no longer in custody, and otherwise has been law abiding.

5). This petitioner entered the United States in the early 1970`s, working as a farm Worker, body shop helper, and a variety of other odd jobs to help raise and support His wife and 5 young children living in Mexico.

6). In 1986, petitioner applied for and received legal permanent resident status through Amnesty I-688.

7). In the late 1990`s, petitioner hired a legal aid agency from the city of Santa Ana,

California to petition the INS for a new amnesty card, and in 2003, this petitioner Learned that the INS had denied a replacement card presumably because of the 1989 misdemeanor conviction, and had declared petitioner out of status.

## II. ARGUMENT

A. It is respectfully submitted that the federal public defender was constitutionally Ineffective in affirmatively misleading petitioner as to the immigration consequences Of the conviction and rendered ineffective assistance by failing to advise petitioner of The availability of a judicial recommendation against an adverse effect of the conviction in immigration proceedings or to request same from the sentencing court. The Federal public defender never advised this petitioner of the options that remained open Prior to sentencing or to insist on going to trial so that there would be no conviction in The first place. Moreover, the federal public defender in his haste to get the case over-With` failed to investigate the case, and on the same day of his appearance and arraignment delivered this petitioner to the mercy and discretion of the sentencing court, and In fact abandoned his clients` defense. It is a basic rule of professional conduct that a Lawyer must maintain competence by keeping abreast of changes in the law and its Practice. Please See, ABA Model Rules of Professional Conduct, Rules 1.1., and 1.1(6).

B. PETITIONER SATISFIES THE FOUR REQUIREMENTS FOR CORAM NOBIS RELIEF.

(1) A more usual remedy is not available, because petitioner is not in custody and, As a result, not eligible for habeas relief or section 2255 relief. Please See, United – States v. Mett, 65 F.3d 1531, 1533-34 (9th Cir. 1995).

(2) Valid reasons exist for not attacking the conviction earlier, this is because petitioner was unaware that the conviction could affect his immigration status and, it wasn`t Until 2003 that he realized that he was being prejudized.

(3) Adverse consequences exist from the conviction sufficient to satisfy the case or

Controversy requirements of Article III, the denial of the INS of the petition to renew The amnesty card, and the possibility of deportation is an ``adverse consequence`` Of petitioner's conviction. Please See, Park v. California, 202 F.3d 1146, 1148 (9th Cir. 2000).

(4) The error is of the most fundamental character, petitioner may satisfy the fundaMental requirement by establishing that he received ineffective assistance of counsel. Please See, United States v. Mett, 65 F.3d at 1534.

## CONCLUSION

FOR THE FOREGOING REASONS, petitioner prays that this Honorable Court grant The Writ, and remove the disability that is affecting his immigration status, and vacate The sentence in the interest of justice.

DATED: October 16, 2007     In Pro-Se          Respectfully submitted

*CLISERIO-GUILLEN-R.*
Clicerio Guillen-Reyes

EXHIBIT ``A``

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA
## RECORD OF PROCEEDINGS AND JUDGMENT

UNITED STATES OF AMERICA　　　　　Case No. _____89-1132M_____

A29-261-881　　258

　　　　　vs　　　　　　　　　　　　　COMPLAINT FILED: _____3-14-89_____

CLICERIO GUILLEN-REYES　　　　　　Tape No. __RCM89-39:1530-2926__

VIOLATION: CT 1: 8 USC 1324(a)(1)(B)-Illegal Transportation of Aliens(Fel)

　　　　　　CT 2: 18 USC 2 & 8 USC 1325-Aiding & Abetting Illegal Entry(Misd)

PROCEEDINGS:　　　　　　　　　　　　DATE: _____3-14-89_____

　_X_ Defendant informed of charges, right to trial and right to counsel.

　_X_ Attorney: __FEDERAL DEFENDERS, INC._____

　_X_ Filed "Consent to be Tried By U.S. Magistrate"

PLEA:　_X_ Guilty Count(s) __2__　____ Case Dismissed　____ Bond Exonerated

### JUDGMENT AND COMMITMENT

　_X_ Defendant adjudged guilty count(s) __2__　Count(s) __1__ Dismissed

　_X_ Committed to the custody of the Bureau of Prisons for imprisonment for a
　　　period of _____THIRTY (30) days_____.

　____ Fine of $_____ ____ Forthwith ____ Within _____

　____ Restitution of $_____ ____ Forthwith ____ Within _____

　____ SUPERVISED ____ UNSUPERVISED Probation for a period of _____ on condition
　　　　____ he obey all laws Federal, State and Municipal;
　　　　____ he comply with all lawful rules and regulations of the Probation Department;
　　　　____ he not possess any narcotic drug or controlled substance without a lawful
　　　　　　 medical prescription;
　　　　____ he not transport, harbor or assist undocumented aliens;
　　　　____ he not re-enter the United States illegally;

　　IT IS ORDERED that the Clerk deliver a certified copy of this judgment and
commitment to the United States Marshal or other qualified officer and that
the copy serve as the commitment of the defendant.

　　Certified to be an accurate record of proceedings conducted.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ROGER CURTIS MCKEE
　　　　　　　　　　　　　　　　　　　　　United States Magistrate

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**
Clicerio Guillen-Reyes

**DEFENDANTS**
United States of America

FILED
OCT 31 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
(IN U.S. PLAINTIFF CASES ONLY)

DEPUTY

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

07 CV 2134 J

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Pro Se
727 E. San Isidro Blvd. No. 152
San Isidro, CA 92173

**ATTORNEYS (IF KNOWN)**
U.S. Attorney

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX
(For Diversity Cases Only)   FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

28 U.S.C. 1651

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | LABOR | ☐ 862 Black Lung (923) | |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| | | | 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☒ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removal from State Court
- ☐ 3 Remanded from Appelate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

**DEMAND $**

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions): JUDGE

Docket Number 89mg1132

DATE

SIGNATURE OF ATTORNEY OF RECORD

**INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS-44**

Authority For Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should completed the form as follows:

I.(a) Plaintiffs - Defendants. Enter names (last, first, middle intitial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giveing both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved).

(c) Attorneys. Enter firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. Jurisdiction. The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place the "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction is based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, it officers or agencies, place an X in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

III. Residence (citizenship) of Principal Parties. This section of the JS-44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. Cause of Action. Report the civil statute directly related to the cause of action and give a brief description of the cause.

V. Nature of Suit. Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action , in Section IV above, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

VI. Origin. Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate's decision.

VII. Requested in Complaint. Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. Related Cases. This section of the JS-44 is used to reference relating pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

Date and Attorney Signature. Date and sign the civil cover sheet.
(rev. 07/89)