# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff/Respondent,<br><br>v.<br><br>CLICERIO GUILLEN-REYES<br><br>        Defendant/Petitioner. | CIVIL CASE NO. 07CV2134 J<br>CRIM CASE NO.  89M1132 J<br><br>**ORDER TO SHOW CAUSE WHY PETITION FOR WRIT OF ERROR CORAM NOBIS SHOULD NOT BE GRANTED**<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

This matter comes before the Court on *pro se* Petitioner Clicerio Guillen-Reyes's ("Petitioner") Petition for Writ of Error Coram Nobis. Having reviewed Petitioner's Petition and good cause appearing, **IT IS HEREBY ORDERED** Respondent shall file and serve a responsive memorandum not later than February 19, 2008. The response shall include any and all documents relevant to the determination of the issues in the Petition.

**IT IS FURTHER ORDERED** that if the Petitioner wishes to reply to the Respondent's responsive memorandum, a reply must be filed not later than March 17, 2008. Upon the filing of the foregoing, the parties shall await the further order of this Court.

///

///

///

1 **IT IS FURTHER ORDERED** that the Clerk of Court shall serve a copy of Petitioner's motion together with a copy of this Order on the United States Attorney or an authorized representative, 880 Front Street, Room 6293, San Diego, CA 92101.

**IT IS SO ORDERED.**

DATED: January 10, 2008

_____
HON. NAPOLEON A. JONES, JR.
United States District Judge

cc: All Parties of Record