#07CV2134

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
880 FRONT STREET, SUITE 4290
SAN DIEGO, CALIFORNIA 92101-8900

OFFICIAL BUSINESS

RECEIVED IN INTAKE
JAN 2 2 2008

Clicerio Guillen-Reyes
777 E. San Ysidro Blvd. No. 152
San Ysidro, CA 92173

NIXIE         921  9C 1          72  01/18/08
            RETURN TO SENDER
            ATTEMPTED - NOT KNOWN
            UNABLE TO FORWARD
BC: 92101892965              *1477-08460-15-21