# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Clicerio Guillen-Reyes

           **V.**                        **JUDGMENT IN A CIVIL CASE**

United States of America

                            **CASE NUMBER:**   07CV2134-J

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court denies the petition for Writ of Error Coram Nobis in its entirety

| September 30, 2009 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ B.Borja |
| | (By) Deputy Clerk |
| | ENTERED ON September 30, 2009 |